| **Return** | | |
|---|---|---|
| Case No.:<br>23 MJ 208 | Date and time warrant executed:<br>11/20/23 @ 9:50am | Copy of warrant and inventory left with:<br>Meta Platforms, Inc. |

Inventory made in the presence of :
Meta LE Portal

Inventory of the property taken and name(s) of any person(s) seized:

Digital records for 100090435536628, "mr.ididntdoit", and "brokehad to make a play__".

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/7/23

_____
Executing officer's signature

SA Sean Sweeney, FBI
_____
Printed name and title